## Joseph De Grazia, Appellant, v. Arthur Bickoff, Cecelia C. Sireikis, and Park Ridge Motors, Appellees.

### Gen. No. 46,295.

Guerine & Guerine, for appellant; Guy C. Guerine, of counsel; Rinella & Rinella, for certain appellee; Jaros & Tittle, for certain other appellee; Vernon Tittle, of counsel. Opinion by JUSTICE KILEY. Not to be published in full. Opinion filed June 9, 1954; released for publication July 2, 1954.